**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASTER TACHEBELE, *et al.*,<br><br>                     Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>                     Defendants. | Civ. Action No. 12-1806 (RJL) |

## NOTICE OF INFORMATION FOR FINAL ORDER APPROVING SETTLEMENT

In advance of the final approval hearing scheduled for December 21, 2015, Defendants provide the following information to complete the proposed order approving settlement [44-8]:

1.  Class members cashed 103 settlement checks, totaling $5,220. Prior to the settlement, the District of Columbia refunded $14,489 to class members. The District also paid $1,500 in incentive payments to the two class representatives ($750 each).

2.  These payments leave a total of $19,696 in unclaimed funds for the *cy pres* recipient to be determined at the hearing. *See* [50].

Dated: December 18, 2016.          Respectfully submitted,

                              KARL A. RACINE
                              Attorney General for the District of Columbia

                              ELIZABETH SARAH GERE
                              Acting Deputy Attorney General
                              Public Interest Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, Equity Section

*/s/ Douglas S. Rosenbloom*
DOUG ROSENBLOOM [1016235]
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-1342
Facsimile: (202) 730-0623
Email: douglas.rosenbloom@dc.gov

*Counsel for Defendants*